# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 13-CV-80914-RYSKAMP/HOPKINS

Plaintiff:
**CAPSTONE RESDEV, LLC, A DELAWARE LIMITED LIABILITY COMPANY**
vs.
Defendant:
**DAVID FINKELSTEIN AND NICHOLAS A. MASTROIANNI, II**

For: John R. Hart, Esq
CARLTON FIELDS, P.A.

Received by SIGNED, SEALED & DELIVERED INC. on the 10th day of September, 2013 at 4:19 pm to be served on **DAVID FINKELSTEIN, 1298 PARK STREET, ATLANTIC BEACH, NY 11509**. I, DAVID A. BETRON, do hereby affirm that on the 30th day of SEPTEMBER, 2013 at 7:59 A.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT**. in accordance with state statutes in the manner marked below:

[X] INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

MILITARY STATUS: Based on inquiry to person served he or she IS / **IS NOT** in the United States Military.

**COMMENTS:** _____

Age 70  Sex (M) F  Race WHITE  Height 5'7"  Weight 165 LBS  Hair BLACK  Glasses Y (N)

## RETURN OF SERVICE for 13-CV-80914-RYSKAMP/HOPKINS

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

*[signature: David A. Befsan]*

PROCESS SERVER # 0798246
Appointed in accordance with State Statutes

**SIGNED, SEALED & DELIVERED INC.**
P.O. Box 15255
West Palm Beach, FL 33416
(561) 712-1722

Our Job Serial Number: 2013001967