UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:13-CV-80914-RYSKAMP/HOPKINS

CAPSTONE RESDEV, LLC, a Delaware
limited liability company,

    Plaintiff,
vs.

DAVID FINKELSTEIN and NICHOLAS
A. MASTROIANNI, II,

    Defendants.
_____ /

**PLAINTIFF AND DEFENDANT DAVID FINKELSTEIN'S
JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT
AND DISMISSAL OF ACTION AS TO FINKELSTEIN**

Plaintiff, CAPSTONE RESDEV, LLC, a Delaware limited liability company ("Capstone" or "Plaintiff"), and Defendant, DAVID FINKELSTEIN ("Finkelstein"), hereby move this Court for the approval of a Settlement Agreement between them, and request that upon this Court's approval of the Settlement Agreement, this action be dismissed, and also state as follows:

1.    On October 27, 2014, Plaintiff and Defendant Finkelstein entered into a Settlement Agreement (the "SA"), an executed copy of which is attached hereto as Exhibit "A," which settlement, in part, provides that Finkelstein may satisfy, in full, his obligations under his guaranty agreements at issue, for the discounted amounts set forth in paragraph 1 of the SA.

2.    Plaintiff Capstone and Defendant Finkelstein, in accordance with the provisions of section 4 of the SA, which section makes the settlement conditioned upon this Court's approval of the SA, request this Court to enter an order approving the SA and dismiss this action,

with prejudice, as to Defendant Finkelstein. Pursuant to section 4, the Court shall retain jurisdiction to enforce the provisions of the SA and to enter final judgment against Finkelstein in accordance with the provisions of section 1 of the SA if Finkelstein defaults on his payment obligations under section 1.

3. Attached hereto as Exhibit "B" is a proposed Order Approving Settlement Agreement and Dismissing, with prejudice, Defendant, David Finkelstein.

WHEREFORE, Plaintiff and Defendant Finkelstein respectfully request that this Court grant the relief requested herein.

Dated: October 27, 2014.                                Respectfully submitted,

By: /s/ Sarah Cortvriend                                By: /s/ Richard P. Zaretsky

John R. Hart, Esq.                                      Richard P. Zaretsky, Esq.
Florida Bar # 612553                                    Florida Bar # 209309.
jhart@carltonfields.com                                 rpz@florida-counsel.com
Sarah Cortvriend, Esq.                                  RICHARD P. ZARETSKY P.A
Florida Bar # 718947                                    1615 Forum Place, Suite 3A
scortvriend@carltonfields.com                           West Palm Beach, Florida, 33401
CARLTON FIELDS JORDEN BURT, P.A.                        Telephone: (561) 689-6660
525 Okeechobee Blvd., Suite 1200                        Facsimile: (561) 683-1559
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368

*Attorneys for Plaintiff, Capstone Resdev, LLC, a       Attorneys for Defendant, David
Delaware limited liability company*                     *Finkelstein*

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in

some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Sarah Cortvriend
SARAH CORTVRIEND

Richard P. Zaretsky
A. Maximilian Zaretsky
RICHARD P. ZARETSKY, P.A.
1615 Forum Place
Suite 3A
West Palm Beach, FL  33401
*Attorneys for Defendant, David Finkelstein*