UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:13-CV-80914-RYSKAMP/HOPKINS

CAPSTONE RESDEV, LLC, a Delaware
limited liability company,

    Plaintiff,
vs.

DAVID FINKELSTEIN and NICHOLAS
A. MASTROIANNI, II,

    Defendants.
_____ /

ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING,
WITH PREJUDICE, DEFENDANT DAVID FINKELSTEIN

THIS CAUSE came before the Court on Plaintiff, CAPSTONE RESDEV, LLC and Defendant, DAVID FINKELSTEIN'S ("Finkelstein") Joint Motion for Approval of Settlement Agreement and Dismissal of Action as to Defendant Finkelstein (the "Joint Motion ) [D.E. ___], and the Court having considered the Joint Motion and reviewed the Settlement Agreement, it is hereby:

ORDERED AND ADJUDGED that the Joint Motion is GRANTED.  The Settlement Agreement dated October 27, 2014 between Plaintiff, Capstone Resdev, LLC and Defendant, Finkelstein is hereby approved, and its provisions shall be binding herein.  This action is hereby dismissed, with prejudice, as to Defendant Finkelstein, with this Court retaining jurisdiction to enforce the provisions of the Settlement Agreement and to enter final judgment against Finkelstein in accordance with the provisions of the Settlement Agreement if Finkelstein defaults on his payment obligations under the Settlement Agreement.

2

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of October, 2014.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record